UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD BURLEY,

        Petitioner,

Case No.    11-11258

HONORABLE AVERN COHN

v.

JOHN PRELESNIK,

        Respondent.

_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on September 07, 2012 judgment is entered in favor of respondent and against petitioner and the case is DISMISSED.

DAVID WEAVER

Dated: September 7, 2012

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 7, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160